# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

WFCM 2016-LC25 WEST BAY AREA
BOULEVARD, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 21-cv-8865 |
| CHERYL TYLER | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

WFCM 2016-LC25 WEST BAY AREA
BOULEVARD, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 21-cv-6479 |
| WILLIAM KORNBLUTH | |
| Defendant | |

IH-32                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open      (If so, set forth procedural status and summarize any court rulings.)

On September 8, 2021, Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2). This motion is fully briefed and remains pending.

On October 11, 2021, Plaintiff filed a motion for summary judgment. Defendant's response is due November 8, 2021.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case concerns the same Loan, Guaranty, Note, Loan Agreement, and other Loan Documents, and the same breaches of these documents, that are at issue in the earlier filed case.

Signature: /s/ Debbie Green                            Date: 10/29/2021

Firm: McDermott Will & Emery LLP