# UNITED  STATES  DISTRICT  COURT
# SOUTHERN DISTRICT OF NEW YORK

WFCM 2016-LC25 WEST BAY AREA
BOULEVARD, LLC

Plaintiff,

**-v-**

CHERYL TYLER

Defendant.

Case  No.  21-cv-8865

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The sole member of WFCM 2016-LC25 West Bay Area Boulevard, LLC is the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-LC25, Commercial Mortgage Pass-through Certificates, Series 2016, LC25, with Wilmington Trust, N.A. as its trustee.

Wilmington Trust, N.A. is a wholly owned subsidiary of M&T Bank Corporation. There are no other publicly held corporations owning more than 10% of its stock.

**Date:**  10/29/2021

/s/ Debbie Green

**Signature of Attorney**

**Attorney Bar Code:**  DG7557