AFFIDAVIT OF SERVICE


P5616115

MCDERMOTT WILL & EMERY LLP
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC
                                      PLAINTIFF
                       - vs -
CHERYL TYLER
                                     DEFENDANT

Index No. 1:21-CV-08865
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF **TEXAS**, COUNTY OF **Galveston** :SS:

**Donnalee J. Acquard**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **TEXAS**.

On **November 2, 2021** at **6:53 pm**,
at **2118 NOGALAS LANE   LEAGUE CITY, TX 77573**

deponent served the within **EXHIBIT(S), SUMMONS AND COMPLAINT** on: **CHERYL TYLER**, the **DEFENDANT** therein named.

   #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

   #2 CORPORATION — By delivering a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**X** #3 SUITABLE AGE PERSON — By delivering a true copy of each to **Stacy Sharp, husband** a person of suitable age and discretion. Said premises is **DEFENDANT's:** [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

   #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

   #5 MAIL COPY — ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

   #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: **M**  Color: **blK**  Hair: **black**
Age: **30**  Height: **6'**  Weight: **200**
OTHER IDENTIFYING FEATURES: _____

   #7 WITNESS FEES — The authorized witness fee and/or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

   #8 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

   #9 OTHER

**Powledge 11/2/21**
NOTARY NAME & DATE

*Donnalee Acquard*
psc 10316

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-MWE-L-5616115


C Powledge
My Commission Expires
8/31/2025
Notary ID
133306947