UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
WFMC 2016-LC25 WEST BAY AREA :
BOULEVARD LLC, :
:
                            Plaintiff, :         21-CV-8865 (VSB)
:
            -against- :         **OPINION & ORDER**
:
CHERYL TYLER, :
:
                        Defendant. :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff WFCM 2016-LC25 West Bay Area Boulevard, LLC, moves for summary judgment as to liability. (Doc. 10.) Defendant Cheryl Tyler ("Tyler") did not oppose that motion for summary judgment, (Doc. 19, at 1), and the parties agree that Tyler's liability is uncontested, (Doc. 34, ¶3). They further agree that the only outstanding issues here are discovery and briefing on the question of damages. (*Id.* ¶ 4.) Accordingly,

      It is ORDERED that Plaintiff's motion for summary judgment as to liability is GRANTED.

      It is FURTHER ORDERED that parties shall submit a schedule for discovery and briefing on the question of damages by January 13, 2023.

SO ORDERED.

Dated: January 9, 2023
      New York, New York

                                                                       Vernon S. Broderick
                                                                      United States District Judge