UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WFCM 2016-LC25 WEST BAY AREA
BOULEVARD, LLC,

                  Plaintiff,                              21 **CIVIL** 8865 (VSB)(OTW)

        -against-                                      **JUDGMENT**

CHERYL TYLER,

                 Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 22, 2025, the Court has ADOPTED the Report in its entirety and has GRANTED Lender's motion for summary judgment. Judgment is entered against Defendant and Plaintiff is awarded the following amounts: 1) A deficiency amount of $3,785,183.97; 2) Prejudgment interest at a rate of 10% per annum ($581.65 per day), in the amount of $138,133.29; 3) Post-judgment interest at a rate of 10% per annum; and 4) Attorneys' fees in the amount of $402,600.75.

**Dated:**  New York, New York
           August 28, 2025

                                                        **TAMMI M. HELLWIG**
                                                       _____
                                                         **Clerk of Court**

                         **BY:**        *K. Mango*
                                                         _____
                                                         **Deputy Clerk**